445 A.2d 97

**Charles CANN, II, Appellant,**

v.

**BERWICK AREA SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

Argued April 13, 1982.

Decided May 19, 1982.

A. Stephen Cohen, Aston, for appellant.

Robert E. Bull, Berwick, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

LARSEN and FLAHERTY, JJ., dissent and would reach the merits.